UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

VFS Financing, Inc.

    v.                        Civil No. 11-cv-478-JL

Brooks Pride 2, LLC, et al.

**PROCEDURAL ORDER**

The clerk will schedule a hearing on the Petition to Attach With Notice and the Motion Order of Possession (documents no. 2 and 3) in accordance with the normal deadlines under the Local Rules and the Federal Rules of Civil Procedure.  In the meantime, counsel for Mr. Brooks individually agreed that the assets referenced in the petition and motion shall not be conveyed or alienated in any way that will contravene the relief requested in the petition and motion without prior authorization from the plaintiff or the court.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  October 24, 2011

cc:  Thomas H. Curran, Esq.
     Peter Antonelli, Esq.
     David Himelfarb, Esq.